**[J-58-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| PRIVATE PROPERTIES, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, CHESTER PROPERTIES, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, AND THE PENNSYLVANIA RESIDENTIAL OWNERS ASSOCIATION, A PENNSYLVANIA NON-STOCK NON-PROFIT ON BEHALF OF ALL SIMILARLY SITUATED PARTIES, | : No. 90 MM 2020<br>:<br>:<br>: SUBMITTED:  June 4, 2020<br>:<br>:<br>:<br>:<br>: |
| Petitioners | : |
| . | : |
| v. | : |
| | : |
| | : |
| TOM WOLF, GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA AND JOSH SHAPIRO, ATTORNEY GENERAL OF COMMONWEALTH OF PENNSYLVANIA, | :<br>:<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**                                                    **DECIDED:  July 31, 2020**

**AND NOW**, this 31st day of July, 2020, the Application for Extraordinary Relief is

DISMISSED as improvidently granted.

Justice Wecht files a dissenting statement.